```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 35993
   PAMELA CONSTANCE LILLIE
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7235
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/28/04 and confirmed on 11/19/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 23400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IRWIN MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8724.11 | .00 | 3441.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11249.14 | .00 | 4437.18 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6959.05 | .00 | 2744.97 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7634.87 | .00 | 3011.54 |
| FIFTH THIRD BANK | UNSECURED | 6331.48 | .00 | 2497.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1487.56 | .00 | 586.76 |
| ROUNDUP FUNDING LLC | UNSECURED | 9191.35 | .00 | 3625.49 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 51577.56 | .00 | 51577.56 |
| PRINCIPAL PAID | .00 | .00 | 20344.56 | .00 | 20344.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 20344.56 | .00 | 20344.56 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00 and was paid $    600.00   direct and $   2100.00   through the plan.

The Trustee received $    955.44 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/10/08                    /s/
                                   GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 35993 PAMELA CONSTANCE LILLIE